83,163-01

Dear Court OF Criminal Appeals;          Date May 5, 2015

   I Edward King, have not yet received the Hon, Donna King Presiding Judge of the 26th Judicial District Court finding of facts and conclusion of law. Could you please ask, or order the court of the 26th Judicial District Court to send me a copy of the Judge finding and facts of the Designating Issues.

                              Thank You.

                         Edward L King

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1 1 2015
Abel Acosta, Clerk